# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 472 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. 930 |
| | : | MDA 2014 entered on June 10, 2016, |
| | : | **affirming** the Judgment of Sentence of |
| RICHARD ARDEN REDMAN, | : | the Bradford County Court of Common |
| | : | Pleas at No. CP-08-CR-0000580-2013 |
| Petitioner | : | entered on May 13, 2014 |

## ORDER

**PER CURIAM**                                                    **DECIDED:  August 31, 2017**

**AND NOW**, this 31st day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  The issue, as stated by Petitioner, is:

> Whether the Superior Court's decision conflicts with another Superior Court decision by holding in the instant case that a warrantless legal blood draw can be administered on an unconscious driver where the police officer has probable cause to arrest the driver which is in direct conflict with the holding of the published opinion in *Commonwealth v. Myers*[, 118 A.3d 1122 (Pa. Super. 2015)]?

The order of the Superior Court is **VACATED**, and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Myers*, ___ A.3d ___, 2017 WL 3045867 (Pa. July 19, 2017).  Allocatur is **DENIED** without prejudice as to all remaining issues, as the Superior Court has not yet considered them in the first instance, and it may do so on remand.